UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAGUN TULI, M.D.<br>    Plaintiff<br>           v.<br>GARY M. VOTOUR, and<br>AUTOMATTIC, INC.<br>    Defendants | Case No. 1:13-cv-11023-MLW |

**DEFENDANT GARY M. VOTOUR'S NOTICE OF MANUAL FILING OF CERTIFIED STATE COURT RECORD**

Pursuant to Local Rule 5.4(f) and Local Rule 81.1(a), on May 13, 2013 Mr. Votour has manually filed with the Clerk of Court an original certified copy of all records and proceedings in the state court and a certified copy of all docket entries in the state court in connection with this action. An electronic copy of these records has also been manually filed with the Clerk of Court in PDF format on a CD.

Respectfully Submitted,

Gary M. Votour

By his attorneys,

/s/ Adam J. Hornstine
George W. Mykulak (BBO No. 365990)
George.Mykulak@wilmerhale.com
Adam J. Hornstine (BBO No. 666296)
Adam.Hornstine@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing on May 13, 2013.

/s/ Adam J. Hornstine
Adam J. Hornstine