UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAGUN TULI, M.D., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GARY M. VOTOUR, and )<br>AUTOMATTIC, INC. )<br>    Defendants. )<br>) | CIVIL ACTION NO. 1:13-cv-11023-MLW |

**PLAINTIFF SAGUN TULI, M.D. AND DEFENDANT GARY M. VOTOUR'S
JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Sagun Tuli, M.D. and defendant Gary M. Votour, by their undersigned counsel, hereby dismiss plaintiff's claims against Mr. Votour, with prejudice and without costs to any party.

| | |
|---|---|
| SAGUN TULI, M.D., | GARY M. VOTOUR, |
| By her attorneys, | By his attorneys, |
| /s/ Ian J. Pinta | /s/ Adam J. Hornstine |
| David H. Rich (BBO# 634275) | George W. Mykulak (BBO No. 365990) |
| drich@toddweld.com | George.Mykulak@wilmerhale.com |
| Ian J. Pinta (BBO #667812) | Adam J. Hornstine (BBO No. 666296) |
| ipinta@toddweld.com | Adam.Hornstine@wilmerhale.com |
| TODD & WELD LLP | Wilmer Cutler Pickering Hale and Dorr LLP |
| One Federal Street, 27th Floor | 60 State Street |
| Boston, MA  02110 | Boston, MA 02109 |
| Tel. (617) 720-2626 | Telephone: (617) 526-6000 |
| Fax  (617) 227-5777 | Facsimile: (617) 526-5000 |

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on April 4, 2014.

      /s/ Ian J. Pinta
      Ian J. Pinta